ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 FEB -4 AM 10: 01
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: SARALAND, LLLP, | * | |
| | * | Bankruptcy No. 12-30113 |
| Debtor. | * | |
| | * | |
| LISTER W. HARRELL, PARADISE FARMS, INC., and SARALAND LLLP, | * | |
| | * | CV 314-149 |
| Plaintiffs, | * | |
| | * | (Adversary Number in Bankruptcy Court: 14-03015) |
| vs. | * | |
| | * | |
| TIM VAUGHAN, LYNN SHEFFIELD, DONALD HELMS, and TODD BOUDREAUX, | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

Having read and duly considered Lister W. Harrell's motion for reconsideration of this Court's dismissal order, the motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE